*Linda N. Howe,* assistant state's attorney, in opposition.

Decided June 19, 2000

## STATE OF CONNECTICUT *v.* DARRELL JONES

The defendant's petition for certification for appeal from the Appellate Court, 55 Conn. App. 243 (AC 17689), is denied.

*Del Atwell,* special public defender, in support of the petition.

*Margaret Gaffney Radionovas,* assistant state's attorney, in opposition.

Decided June 29, 2000

## STATE OF CONNECTICUT *v.* MICHAEL A. YOUNG

The defendant's petition for certification for appeal from the Appellate Court, 57 Conn. App. 566 (AC 16090), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Susan M. Hankins,* assistant public defender, in support of the petition.

*Ronald G. Weller,* assistant state's attorney, in opposition.

Decided June 29, 2000

## STATE OF CONNECTICUT *v.* MICHAEL A. YOUNG

The petition of the state of Connecticut for certification for appeal from the Appellate Court, 57 Conn. App.